**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:04cr00048-001** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE JAMES S. GWIN** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **KREIGHAMMER NJORDSSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter was heard on February 28, 2006, upon the request of the United States Probation Office for a finding that the defendant had violated the conditions of his supervised release. The defendant was present and represented by Attorney Joseph Gardner. The Court previously received the Report and Recommendation of United States Magistrate Judge George J. Limbert which noted that defendant had stipulated at the hearing on January 24, 2006, to violating the special condition as noted in the Superseding Violation Report dated January 12, 2006. Therefore, the Court finds that the terms of the defendant's supervised release have been violated as follows:

1) violation of special condition of supervised release - no direct contact with minors under age of 18 without written approval of the probation officer.

Therefore, the defendant is committed to the custody of the Bureau of Prisons for a period of 10 months. Upon defendant's release from incarceration, defendant's terms of

supervised release are reimposed with the same conditions as originally ordered by this Court.

The Court recommends to the Bureau of Prisons that defendant serve his sentence at FCI Elkton.

The defendant is remanded to the custody of the United States Marshall, Cleveland, Ohio.

**IT IS SO ORDERED.**


Dated: February 28, 2006                                    *s/     James S. Gwin*
                                                            JAMES S. GWIN
                                                            UNITED STATES DISTRICT JUDGE